U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 1 0 2015

TONY R. MOORE, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ANGELA MAURICE JACOBS,<br>    Appellant | CIVIL ACTION<br>NO. 1:14-cv-00945 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| U.S. COMMISSIONER OF SOCIAL<br>SECURITY,<br>    Appellee | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Jacobs' appeal is DISMISSED WITH PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _10th_ day of _March_ 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE